

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2016

No. 04-16-00002-CV

**IN THE INTEREST OF J.C.W.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504960
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Appellant's amended brief was filed on June 17, 2016. This court provided appellee with a copy of appellant's amended brief, and appellee's brief is due September 7, 2016.

Therefore, appellant's August 11, 2016 letter requesting an extension of time to file his amended brief is DENIED as MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court